UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Jackson Mahaffy; Flora Mahaffy;
Daniel Nelson; and Paul Von Arx;

         Plaintiff,

v.

Robert J. Kroll, individually, and Wallace
M. Krueger, individually,

         Defendants.

Court File No. 10-2077 JNE/SRN

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Plaintiffs Jackson Mahaffy, Flora Mahaffy, Daniel Nelson and Paul Von Arx, through their attorneys James W. Delaplain and Daniel J. Brazil, and Defendants Robert J. Kroll and Wallace M. Krueger through their attorney Karin E. Peterson, hereby stipulate and dismiss with prejudice Defendants Robert J. Kroll and Wallace M. Krueger in their official and individual capacities from the case *Jackson Mahaffy, Flora Mahaffy, Daniel Nelson and Paul Von Arx v. Robert J. Kroll and Wallace M. Krueger*, Court File No. 10-2077 (JRE/SRN) without costs, disbursements or attorney fees to either party.

Date: 11/10/2010

                                              James W. Delaplain (#0267272)
                                              2124 Dupont Avenue S.
                                              Minneapolis, MN 55404
                                              (612) 874-6109

Date: 11/10/2010

_____
Daniel J. Brazil (#29956X)
2124 Dupont Avenue S.
Minneapolis, MN 55404
(612) 874-6109

**ATTORNEYS FOR PLAINTIFFS**

Date: 11-11-2010

RICE, MICHELS & WALTER, LLP

_____
Karin E. Peterson (#185048)
Ann E. Walther (#21369X)
10 Second St. N.E., #206
Minneapolis, MN 55413
(612) 676-2300

**ATTORNEYS FOR DEFENDANTS
ROBERT J. KROLL AND
WALLACE M. KRUEGER**